OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

UTF
Discharged

**1/22/2015**
**HYMAN, DUSTIN JAMES**    Tr. Ct. No. 1000430-A        **WR-82,759-01**
On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

DUSTIN JAMES HYMAN
GOREE UNIT - TDC # 1409696
7405 HWY 75 SOUTH
HUNTSVILLE, TX 77344